UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:  )
 )
BRAULIO F. LLERENA and )
JANET C. LLERENA, ) Chapter 7
 ) Case No. 12-13854
Debtors )
 )

## CONSENT ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION SEEKING CIVIL FINES, DISGORGEMENT OF FEES, INJUNCTIVE RELIEF AND SUSPENSION OF CM/ECF PRIVILEGES

Upon the Motion of the United States Trustee seeking civil fines, disgorgement of fees, injunctive relief and suspension of CM/ECF privileges, ("U.S. Trustee's Motion"), and it appearing that the United States Trustee, and Attorney George E. Babcock, Esq. ("Attorney Babcock"), have reached an agreement as to the UST Motion.

The United States Trustee and Attorney Babcock hereby represent and stipulate to the following:

1. Attorney Babcock acknowledges that he is represented by Attorney William Delaney and that sufficient facts exist for the granting of the UST Motion and that he has voluntarily entered into this Consent Order;

2. Attorney Babcock was paid $1,200, in connection with this case.

3. Should the Court reject this Consent Order, the undersigned parties shall be free to proceed litigating the merits of U.S. Trustee's Motion;

4. This order shall be deemed a final adjudication on the merits of the U.S. Trustee's Motion, and on all claims that were raised or that could have been asserted therein;

5. This Consent Order constitutes the entire agreement between the undersigned

parties with respect to this matter;

6. Attorney Babcock acknowledges and agrees that the United States Trustee has not made and/or given any other representation, promise, inducement, or reward, and/or given or promised to give any other consideration of any kind whatsoever to Attorney Babcock, or anyone else on his behalf, in connection with this Consent Order;

7. Attorney Babcock specifically waives any right to appeal this Consent Order.

Now therefore it is hereby:

ORDERED: that the UST Motion is granted with the granting of relief as is stipulated herein; It is further

ORDERED: that effective as of June 25, 2013, Attorney Babcock and any person or entity acting in concert with him directly or indirectly is enjoined for a period of one year from: i) acting as a debt relief agency, including as an attorney for a Debtor in this Court; and ii) soliciting, assisting, advising, and providing legal guidance, advice, assistance, or consultation of any kind to any person in connection with the filing or prosecution of any bankruptcy case or any document in any bankruptcy case, whether for a fee or for free, in the or from the District of Rhode Island including the preparation of documents for filing in federal jurisdictions outside of the District of Rhode Island. It is further

ORDERED: that Attorney Babcock shall forfeit and refund to the debtors, the sum of $1,200 in good, certified funds, no later than July 1, 2013. It is further

ORDERED: that pursuant to 11 U.S.C. §§ 105 and 526, Attorney Babcock is fined a total of $10,000 in connection with the bankruptcy case of Braulio and Janet Llerena, and such fines are payable to the United States Trustee. Plaintiff agrees to voluntarily forebear collection of the

2

$10,000 in fines so long as, Attorney Babcock, his agents, servants, employees, associates, or any person or entity in active concert and participation with him, comply with, and do not violate, the terms of this order. It is further

ORDERED the $10,000 fine shall be due and payable immediately by Attorney Babcock upon any violation of this order and the terms set forth herein and upon the filing of a certification of a representative of the United States Trustee of Attorney Babcock's violation of the terms of this agreed order, a separate order for the immediate payment of the Fines shall issue in favor of the United States Trustee. It is further

ORDERED that the one year injunction shall continue beyond the initial one year period until such time as Attorney Babcock has completed 20 hours of continuing legal education; 10 on consumer bankruptcy issues and 10 on legal ethics from recognized non-profit legal education entities such as but not limited to: Rhode Island Bar Association, American Bankruptcy Institute or any similar organization and filed proof of such attendance with this Court. It is further

ORDERED that pursuant to Local Rule 5005-4(C)(iv)(3) the Clerk of the U.S. Bankruptcy Court shall revoke the cm /ecf filing privileges of Attorney Babcock and shall not issue access to Attorney Babcock during the time period that the above injunction remains in effect. It is further

ORDERED that this is the final disposition of the above-captioned matter.

Signed at Providence, Rhode Island this 11th day of July, 2013.

_AGREED AS TO SUBSTANCE
AND FORM:
WILLIAM K. HARRINGTON
United States Trustee for Region One

By: _____
Gary L. Donahue
Assistant U.S. Trustee
U.S. Department of Justice
10 Dorrance Street, Suite 910
Providence, RI 02903
Tel: (401) 528-5551 x 100
Fax: (401) 528-5163
E-mail: Gary.L.Donahue@usdoj.gov

AGREED AS TO SUBSTANCE
AND FORM:

_____
George E. Babcock, Esq.
574 Central Avenue
Pawtucket, RI 02861
401-724-1904

For Attorney George E. Babcock, Esq.

_____
William J. Delaney, Esq.
The Delaney Law Firm LLC
91 Friendship Street, Suite 1
Providence, RI 02903

ACCEPTED, APPROVED, ENTER

_Diane Finkle_ 07/11/2013
Honorable Diane Finkle,
U.S. Bankruptcy Judge

Dated: July 11, 2013

4