UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF:

MISC. 13-107 ML

GEORGE E. BABCOCK

ORDER

By order of the Bankruptcy Court, the Respondent attorney was enjoined for a period of one year from, *inter alia,* acting as an attorney for a Debtor in the Bankruptcy Court and providing any "legal guidance, advice, assistance, or consultation of any kind to any person in connection with the filing or prosecution of any bankruptcy case . . . in the or from the District of Rhode Island including the preparation of documents for filing in federal jurisdictions outside of the District of Rhode Island." In re: Llerena, No. 12-13854, slip. op. at 2 (Bankr. D.R.I. July 11, 2013); Docket # 35.

This Court issued an Order to Show Cause why the identical discipline should not be imposed pursuant to DRI LR Gen 214. On October 23, 2013, Respondent filed his response to that Order and requested a hearing. Although DRI LR Gen 214 does not provide for a hearing, the Court granted the request. On November 22, 2013, this Court conducted a hearing and heard Respondent's arguments. Having now considered the written response and the arguments presented at the hearing, the District Judges of this Court find that Respondent has not shown cause why the identical discipline should not be imposed.

Respondent is hereby suspended from practice before this Court for a period of one year to commence upon entry of this Order. Respondent is required to abide by any other order of the Court with regard to notification of his clients of his suspension from the practice of law.

Respondent may apply for reinstatement pursuant to DRI LR Gen 215 after November 25, 2014.

ENTERED as an Order of This Court on the 25TH day of November, 2013

_____
Clerk