# UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF RHODE ISLAND

In re:

George Edward Babcock                    MP Case:  13-003

## COURT NOTICE REGARDING APPLICABILILTY OF THE UNITED STATES DISTRICT COURT'S ORDER SUSPENDING ATTORNEY GEORGE E. BABCOCK FROM FEDERAL PRACTICE IN RHODE ISLAND

Notice is hereby given to Attorney George E. Babcock that pursuant to LBR 9010-1(a), the Rhode Island Federal District Court's November 25, 2013 order suspending him from the practice of law in the Rhode Island federal courts until reinstatement after November 25, 2014 upon application, is effective before the Bankruptcy Court for the District of Rhode Island.

Accordingly, Attorney George E. Babcock's suspension from practice before the U.S. Bankruptcy Court for the District of Rhode Island is extended until he is granted reinstatement pursuant to DRI LR Gen 215 by the Federal District Court, after November 25, 2014.

*/s/ Susan M. Thurston*
Clerk, U.S. Bankruptcy Court

Dated:  December 10, 2013